JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER K. HALL,<br>　　　　Plaintiff,<br>　　　v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>　　　　Defendant. | Case No. CV 15-722-KK<br><br>JUDGMENT |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter is REMANDED for further administrative proceedings consistent with the Court's Memorandum and Order filed contemporaneously with the filing of this Judgment.

DATED: November 25, 2015

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge